[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 6, 2006
THOMAS K. KAHN
CLERK

No. 04-10862
Non-Argument Calendar

_____

D. C. Docket No. 03-00227-CR-T-23-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARIAN TENSLEY,
a.k.a. Drac,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 6, 2006)

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Robert C. Port, counsel for Darian Tensley in this direct criminal appeal, has

moved to withdraw from further representation of appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tensley's conviction and sentence are **AFFIRMED**.